## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-40050-01-JAR |
| ) | |
| **ERIKA SUZANNE PERRET FREY**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

This case is now before the Court on Defendant Erika Suzanne Perret Frey's Motion for Review of Detention Order (Doc. 27). The Court has reviewed Defendant's brief and the oral arguments presented to the Court at the January 18, 2012 hearing. For the reasons stated orally at the hearing, the Court denies Defendant's request for release pending sentencing.

**IT IS THEREBY ORDERED BY THE COURT** that Defendant's Motion for Review of Detention Order (Doc. 27) is DENIED.

Dated: January 19, 2012

                                                 S/ Julie A. Robinson
                                                JULIE A. ROBINSON
                                                UNITED STATES DISTRICT JUDGE